Henry S. Dollard and Albert H. Dollard, as executors, etc., of Samuel H. Dollard, deceased. PER CURIAM. Order of the Surrogate's Court of Kings County (133 N. Y. Supp. 1107) affirmed, with $10 costs and disbursements. BURR, J., not voting.

DONAHUE, Respondent, v. McCORKLE, Appellant. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Action by George H. Donahue against Robert C. McCorkle. No opinion. Judgment and order unanimously affirmed, with costs.

DONALDSON, Appellant, v. FILBRICK et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by John A. Donaldson, as trustee of the White Dairy, bankrupt, against Charles F. Filbrick and others. No opinion. Order affirmed, with $10 costs and disbursements.

DONOGHUE, Respondent, v. CALLANAN et al., Appellants. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by Thomas Donoghue against William H. Callanan and others. J. De W. Warner, for appellants. J. A. Burdeau, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DONOHUE, Respondent, v. GILMAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by John J. Donohue against Theophilus Gilman. No opinion. Judgment of the County Court of Kings County unanimously affirmed, with costs.

DOOLING, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by Robert Dooling, an infant, by Agnes Dooling, his guardian ad litem, against the City of New York. No opinion. Motion for leave to appeal (from 132 N. Y. Supp. 1012) to the Court of Appeals denied, without costs.

DOULER, Respondent, v. PRUDENTIAL INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by James Douler against the Prudential Insurance Company of America. No opinion. Judgment and order affirmed, with costs. See, also, 143 App. Div. 537, 128 N. Y. Supp. 396.

DOWNES, Respondent, v. WELLS, Appellant. (Supreme Court, Appellate Division, Third Department. March 6, 1912.) Action by Archie B. Downes against Harrison Wells. No opinion. Judgment unanimously affirmed, with costs.

DRUMMOND, Respondent, v. ALFRED E. NORTON CO., Appellant. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by Jennie Drummond, as administratrix, etc., against the Alfred E. Norton Company. F. V. Johnson, for appellant. G. W. Smith, for respondent. No opinion. Order affirmed, with costs. Order filed.

DRYSDALE, Appellant, v. NEW YORK STATE RYS., Respondent. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Arthur L. Drysdale, an infant, by Laney Drysdale, his guardian ad litem, against the New York State Railways. No opinion. Order affirmed, with costs.

DUNBAR, Respondent, v. NEW YORK VEAL & MUTTON CO., Appellant. (Supreme Court, Appellate Division, First Department. March 8, 1912.) Action by Israel Dunbar, as administrator, against the New York Veal & Mutton Company. D. M. Wolff, for appellant. A. Pfeiffer, for respondent. PER CURIAM. Judgment and order affirmed, with costs. Order filed. SCOTT, J., dissents.

DUNN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. February 2, 1912.) Action by Elizabeth F. Dunn, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Passed twice, and dismissed, with costs, under rule 39. See, also, 138 App. Div. 371, 122 N. Y. Supp. 1066.

In re DWIGHT. (Supreme Court, Appellate Division, First Department. January 26, 1912.) In the matter of Edmund Dwight. No opinion. Motion denied. Order filed. See, also, infra.

In re DWIGHT. (Supreme Court, Appellate Division, First Department. February 9, 1912.) In the matter of Edmund Dwight, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, supra.

DYER, Respondent, v. RADERMACHER, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by James Dyer against John L. Radermacher. No opinion. Motion denied, with $10 costs. See, also, 131 N. Y. Supp. 601.

EISEMANN, Respondent, v. BUFFALO & L. E. TRACTION CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 24, 1912.) Action by Ignatz Eisemann against the Buffalo & Lake Erie Traction Company. No opinion. Judgment and order affirmed, with costs.